ACCEPTED
12-14-00310-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/12/2015 9:29:12 AM
CATHY LUSK
CLERK

### IN THE COURT OF APPEALS FOR THE TWELFTH DISTRICT OF TEXAS
### AT TYLER

| | | |
|---|---|---|
| **BRANDON SAXON,**<br>**Appellant,** | §<br>§<br>§ | FILED IN<br>12th COURT OF APPEALS |
| | § **NO.12-14-00310-CV** | TYLER, TEXAS |
| **v.** | §<br>§ | 1/12/2015 9:29:12 AM |
| **GROVE CLUB LAKE, INC.,**<br>**Appellee** | §<br>§<br>§<br>§ | CATHY S. LUSK<br>Clerk |

## AGREED MOTION TO ALLOW FILING OF REPORTER'S RECORD

**TO THE HONORABLE COURT OF APPEALS:**

BRANDON SAXON, Appellant, moves the Court to allow filing of the Reporter's Record, and would respectfully show the Court the following:

I.

When the original request was made to the court reporter to prepare the Reporter's Record, the undersigned attorney requested an invoice and agreed to pay the costs. A true and correct copy of that letter is attached as **Exhibit A**, and was also filed with the Court.

The undersigned attorney subsequently contacted the court reporter and notified her that he would contact Appellant to obtain payment for the Reporter's Record, as soon as she stated the amount of her fees. At various times since then, the legal assistants and the undersigned attorney have contacted the court reporter to determine the amount of her fees.

On Monday, January 5, 2015, a legal assistant of the undersigned attorney contacted the court reporter by telephone. The court reporter called back and stated that the amount due for the Reporter's Record is $911.00. This is the first time Appellant or his attorney has known the amount of fees to be paid for the Reporter's Record.

II.

Until January 5, 2015, there was no way for Appellant to pay the fees for preparation of the Reporter's Record because he had no way of knowing what amount to pay.

III.

On January 5, 2015, the legal assistants for undersigned attorney contacted

Appellant and notified him that the sum of $911.00 is now due. Subsequent messages have been sent by electronic mail, and by voice mail. The undersigned attorney has not spoken with the client since the amount was determined, and has not yet received confirmation that payment has been sent.

Appellant's attorney therefore requests that the Court grant the extension requested by the court reporter, to allow counsel to obtain payment from Appellant.

IV.

The failure to pay the fees, and the failure to file the Reporter's Record, are not due to any lack of diligence by Appellant or his attorney.

V.

It is in the interest of justice that the Court have all information available so this case can be decided on the merits.

**PRAYER**

Appellee respectfully requests that this honorable Court grant this Motion and allow filing of the Reporter's Record. Appellee further requests all other appropriate relief to which he may be entitled.

Respectfully Submitted,

**HEALY LAW OFFICES, P.C.**
113 E. Houston St.
Tyler, TX 75702-8130
Tel: (903) 592-7566
Fax: (903) 592-7589

By: _____
**SEAN P. HEALY**
State Bar No. 00785953
Attorney for Appellant BRANDON SAXON

**Certificate of Conference**

Kevin Giddens, the attorney for Appellee, agrees to the requests in this Motion, as evidenced by his signature below.

_____
**KEVIN R. GIDDENS**

## Certificate of Service

A true and correct copy of the foregoing instrument was served of delivered by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the care and custody of the United States Postal Service, to:

Kevin Giddens
Attorney at Law
235 S. Broadway, Suite 200
Tyler, Texas 75702
Email: <kgiddens@ltlawfirm.com>
Attorney for Appellee GROVE CLUB LAKE, INC.


SEAN P. HEALY

Electronically Filed
10/17/2014 2:32:43 PM
Karen Phillips, Smith County Clerk
Reviewed By: Crystal Pedroza



SEAN P. HEALY, J.D.
ATTORNEY AT LAW
<genghis@healylaw.com>

113 E. Houston St.
Tyler Texas 75702-8130

HEALY LAW OFFICES, P. C.

**LEGAL ASSISTANTS:**
STACI CLARK, B.S. <staci@healylaw.com>
MARIE ANGERMILLER, M.A. <marie@healylaw.com>

TEL: (903) 592-7566
FAX: (903) 592-7589

WWW.HEALYLAW.COM

October 17, 2014

Ms. Kim Christopher
Certified Court Reporter
County Court at Law
100 N. Broadway, Room 209
Tyler, TX 75702
**VIA HAND DELIVERY**
RE:    Cause No. 61,853; <u>Grove Club Lake, Inc. v. Brandon Saxon</u>
       In the County Court at Law of Smith County, Texas

Dear Ms. Christopher:

Defendant Brandon Saxon is appealing the above-referenced case to the 12th Court of Appeals. The Court signed and entered Final Judgment on September 3, 2014. Defendant's Notice of Appeal was filed on September 22, 2014.

Defendant/Appellant hereby requests the Reporter's Record in this case be prepared and filed in the Twelfth Court of Appeals located in Tyler, Texas consistent with the requirements and deadlines set forth in Texas Rules of Appellate Procedure 34 & 35.

The only hearing for which a transcript should be submitted is the bench trial, which was commenced on July 30, 2014, then concluded on August 6, 2014. Please prepare, certify, and file the reporter's record containing all testimony from all of the witnesses, all discussion between the judge and the attorneys, all bench conferences, all exhibits, and all bills of exceptions.

Please provide me with an invoice for the cost for producing these transcripts and I will forward a check to you.

Thank you for your cooperation. Please call me should you have any questions.

Sincerely,

Sean P. Healy
Attorney at Law

cc:    Brandon Saxon
       Kevin Giddens, Attorney at Law



EXHIBIT
A